# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOEL PEREZ, | Civil No. 3:17-cv-2341 |
| Plaintiff | (Judge Mariani) |
| v. | |
| JAMES J. LARSON, et al., | |
| Defendants | |

## ORDER

**AND NOW**, this _151_ day of May, 2018, in accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT** the motions (Docs. 4, 18) to appoint counsel are **DENIED** without prejudice.

Robert D. Mariani
United States District Judge