# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOEL PEREZ, | : | Civil No. 3:17-cv-2341 |
| Plaintiff | : | (Judge Mariani) |
| v. | : | |
| JAMES J. LARSON, *et al.*, | : | |
| Defendants | : | |

## ORDER

**AND NOW**, this 22nd day of February, 2019, upon consideration of Defendants' motion (Doc. 28) to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6), and for the reasons set forth in the Court's Memorandum of the same date, **IT IS HEREBY ORDERED THAT**:

1. The motion (Doc. 28) to dismiss is **GRANTED**.

2. The complaint (Doc. 1) is **DISMISSED**.

3. The action against the eleven John Doe Defendants is **DISMISSED** pursuant to Rule 4(m) of the Federal Rules of Civil Procedure. *See* FED. R. CIV. P. 4(m).

4. The Clerk of Court is directed to **CLOSE** this action.

5. Any appeal from this Order is **DEEMED** frivolous and not in good faith. *See* 28 U.S.C. § 1915(a)(3).

*/s/ Robert D. Mariani*
Robert D. Mariani
United States District Judge